## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cv-332 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | <u>ORDER REGARDING USE OF</u> |
| | ) | <u>VIDEO CONFERENCING  OR</u> |
| SHELDON WILSON, | ) | <u>TELECONFERENCING</u> <u>FOR</u> |
| | ) | <u>FELONY PLEAS AND/OR</u> |
| | ) | <u>SENTENCINGS</u> |
| DEFENDANT(S). | ) | |

In accordance with Standing Order 2020-06, this Court finds:

✔ That the Defendant has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

✔ That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

Due to the COVID-19 pandemic, the Court is now faced with a backlog of criminal case hearings. The indictment in this case was unsealed on 6/26/2020. The defendant was arrested and arraigned on 6/26/2020. A Notice of Intent to Plead Guilty was filed on 10/2/2020. The defendant wishes to proceed by video conference to avoid being quarantined following an in-person change of plea hearing.

Accordingly, the proceeding(s) held on this date may be conducted by:

✔ Video Teleconferencing

☐ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

☐ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

☐ Other:

**IT IS SO ORDERED**.

Dated: November 5, 2020

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**