# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr332 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| SHELDON WILSON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on May 6, 2022[1]. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on June 29, 2022. The defendant was found to have committed the violations alleged in violation numbers 3 – 6:

   3. Association with a Known Convicted Felon;
   4. New Law Violation;
   5. Unauthorized Use of Drugs;
   6. Non-Compliance with Substance Abuse Aftercare.

The Government withdrew violation numbers 1 and 2.

The magistrate judge filed a report and recommendation on June 29, 2022, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 3 - 6.

---

[1] Supplemental Information Reports were filed on May 19, 2022 and June 28, 2022.

A final supervised release violation hearing was conducted on July 27, 2022. Present were the following: Assistant United States Attorney Robert Kolansky, Attorney Donald Hicks, the defendant Sheldon Wilson and United States Probation Officer Ben Jurevicious.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 3 - 6.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 11 months, with credit for time served beginning May 17, 2022. The Court makes the following recommendation to the Bureau of Prisons that the defendant be placed at FCI Elkton, so that he may be as close to his family as possible; that he participate in any substance abuse treatment for which he qualifies; that he receive a mental health evaluation and treatment, as appropriate.

No Supervised Release to follow.

**IT IS SO ORDERED**.

Dated: July 27, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**